```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                     CASE NO. 05 B 06437
    ISIDORE GALARZA
    DONNA L GALARZA                        CHAPTER 13

                                           JUDGE: JACK B SCHMETTERER

           Debtor
   SSN XXX-XX-8771    SSN XXX-XX-8541

-------------------------------------------------------------------------------
                 TRUSTEE'S FINAL REPORT AND ACCOUNT
-------------------------------------------------------------------------------
     The case was filed on 02/24/2005 and was confirmed 05/11/2005.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  50.00%.

     The case was paid in full 01/26/2009.
-------------------------------------------------------------------------------
CREDITOR NAME              CLASS          CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                           PAID          PAID
-------------------------------------------------------------------------------
GMAC                       SECURED         11065.00       1273.30       11065.00
GMAC                       UNSECURED        4841.81           .00        2420.91
GREAT AMERICAN FINANCE     SECURED           179.00           .00         179.00
GREAT AMERICAN FINANCE     SECURED           703.04           .00         703.04
ACC INTERNATIONAL          NOTICE ONLY    NOT FILED           .00            .00
CAPITAL ONE BANK           FILED LATE        660.66           .00            .00
COM ED                     UNSECURED     NOT FILED            .00            .00
ROUNDUP FUNDING LLC        UNSECURED        1211.16           .00         605.58
DOUBLEDAY BOOK CLUB        UNSECURED     NOT FILED            .00            .00
DOUBLEDAY BOOK CLUB        UNSECURED     NOT FILED            .00            .00
I C COLLECTION SERVICE     NOTICE ONLY   NOT FILED            .00            .00
MCI                        UNSECURED     NOT FILED            .00            .00
NCO FINANCIAL SYSTEM       NOTICE ONLY   NOT FILED            .00            .00
NORTH SHORE AGENCY         NOTICE ONLY   NOT FILED            .00            .00
PENN CREDIT CORP           NOTICE ONLY   NOT FILED            .00            .00
PEOPLES GAS LIGHT & COKE   UNSECURED         456.43           .00         228.22
RODALE BOOKS               UNSECURED     NOT FILED            .00            .00
CT CORPORATION SYSTEM      UNSECURED     NOT FILED            .00            .00
ROUNDUP FUNDING LLC        UNSECURED         741.00           .00         370.50
UNIVERSITY OF ILLINOIS     UNSECURED     NOT FILED            .00            .00
VAN RU FINANCIAL           NOTICE ONLY   NOT FILED            .00            .00
GREAT AMERICAN FINANCE     UNSECURED            .08           .00            .04
GREAT AMERICAN FINANCE     UNSECURED     NOT FILED            .00            .00
SEARS PAYMENT CENTER       UNSECURED     NOT FILED            .00            .00
LEGAL HELPERS PC           DEBTOR ATTY     2,300.00                      2,300.00
TOM VAUGHN                 TRUSTEE                                       1,244.33
DEBTOR REFUND              REFUND                                          174.97

        Summary of Receipts and Disbursements:
-------------------------------------------------------------------------------
                     RECEIPTS           DISBURSEMENTS
-------------------------------------------------------------------------------
```

PAGE  1 - CONTINUED ON NEXT PAGE
CASE NO. 05 B 06437 ISIDORE GALARZA & DONNA L GALARZA

```
TRUSTEE                                        20,564.89

PRIORITY                                                           .00
SECURED                                                      11,947.04
    INTEREST                                                  1,273.30
UNSECURED                                                     3,625.25
ADMINISTRATIVE                                                2,300.00
TRUSTEE COMPENSATION                                          1,244.33
DEBTOR REFUND                                                   174.97
                                       ---------------   ---------------
TOTALS                                      20,564.89         20,564.89
```

   Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                   /s/ Tom Vaughn
   Dated: 03/10/09                 _____
                                   TOM VAUGHN
                                   CHAPTER 13 TRUSTEE










                          PAGE   2
      CASE NO. 05 B 06437 ISIDORE GALARZA & DONNA L GALARZA